UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY, | Case No. 1:15-cv-535 |
| | Judge Timothy S. Black |
| Plaintiff, | Magistrate Judge Karen L. Litkovitz |
| vs. | |
| SHARON DENISE WALKER-MACKLIN, *et al.*, | |
| Defendants. | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 25)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on July 25, 2016, submitted a Report and Recommendation.  (Doc. 25).  No objections were filed

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety.

Accordingly:

1. Plaintiff's motion for default judgment against Defendant Robert Walker (Doc. 9) is **GRANTED**;

2. Plaintiff's motion for interpleader, injunction, and dismissal with prejudice (Doc. 14) is **GRANTED**; Plaintiff is discharged from further liability as to the Policy proceeds; and Plaintiff is **DISMISSED** from this matter with prejudice;

3. Plaintiff's motion for attorney fees (Doc. 19) is **GRANTED IN PART** and **DENIED IN PART** and Plaintiff is awarded attorney fees and costs in the amount of $9,164.75;

4. Defendant Walker-Macklin's "Motion for Release of Undisputed Interpleaded Funds to Defendant, Sharon D. Walker-Macklin" (Doc. 12) is **GRANTED IN PART** to the extent Defendant seeks the payment of Policy proceeds and interest, less Plaintiff's attorney fees and costs, in the amount of $20,299.77, plus accrued interest;

5. Defendants are **PERMANENTLY ENJOINED** pursuant to 28 U.S.C. Section 2361 from instituting or prosecuting any proceeding in state or federal court that affects the Policy proceeds involved in this interpleader action; and

6. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED**.

Date: 8/24/16                           *s/ Timothy S. Black*
                                                      Timothy S. Black
                                                      United States District Judge